**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Judith O. Hollinger, | CV 12-396 RSWL (MRWx) |
| Plaintiff, | **JUDGMENT [26]** |
| vs. | |
| California Physicians' Service d.b.a. Blue Shield of California et al., | |
| Defendants. | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Good Samaritan Medical Practice Association, Inc. ("Defendant") and against Plaintiff Judith O. Hollinger.

///

1

Defendant shall recover the costs of suit, in accord with Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

DATED: December 11, 2012

                 RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge