```
 1
 2
 3
 4
 5
 6
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judith O. Hollinger, | CV 12-396 RSWL (MRWx) |
| Plaintiff, | **JUDGMENT [28]** |
| vs. | |
| California Physicians' Service d.b.a. Blue Shield of California et al., | |
| Defendants. | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Advanced Medical Management, Inc. ("Defendant") and against Plaintiff Judith O. Hollinger.

///

///

1 | Defendant shall recover the costs of suit, in
2 | accord with Federal Rule of Civil Procedure 54(d).
3 |
4 | **IT IS SO ORDERED.**
5 | DATED: December 11, 2012
6 |
7 |      <u>RONALD S.W. LEW</u>
8 |      **HONORABLE RONALD S.W. LEW**
     Senior, U.S. District Court Judge