**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Judith O. Hollinger,<br><br>    Plaintiff,<br><br>  vs.<br><br>California Physicians' Service d.b.a. Blue Shield of California et al.,<br><br>    Defendants. | CV 12-396 RSWL (MRWx)<br><br>**JUDGMENT [28]** |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Advanced Medical Management, Inc. ("Defendant") and against Plaintiff Judith O. Hollinger.

///

///

1

1 | Defendant shall recover the costs of suit, in
2 | accord with Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

DATED: December 11, 2012

RONALD S.W. LEW<br>
**HONORABLE RONALD S.W. LEW**<br>
Senior, U.S. District Court Judge