Robert F. Keehn, Esq. (115848)
rkeehn@rfk-law.com
Law Office of Robert F. Keehn
1875 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 551-6525 telephone
(310) 284-2654 facsimile

Attorney for Plaintiff
Judith O. Hollinger

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH O. HOLLINGER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA, etc., et al.,<br><br>    Defendants. | Case No. CV 12-396 RSWL (MRWx)<br><br>ORDER OF DISMISSAL |

      Pursuant to the September 19, 2013 stipulation of plaintiff Judith O. Hollinger and defendant California Physicians' Service dba Blue Shield of California, the above-entitled action shall be and hereby is dismissed, with prejudice, with respect to all claims against defendant California Physicians'

///

Service dba Blue Shield of California *only*. Each party to the September 19, 2013 stipulation shall bear her or its own costs and attorney fees.

      IT IS SO ORDERED.

Dated: September 23, 2013      RONALD S.W. LEW
                                                 HON. RONALD S.W. LEW
                                                 UNITED STATES DISTRICT JUDGE